499 A.2d 579

**SMITH**

v.

**SHAFFER.**

Supreme Court of Pennsylvania.

Oct. 22, 1985.

Petition for Allowance of Appeal GRANTED, No. 68 M.D. Appeal Docket 1985.